1022

No. 694. PAGANO v. MARTIN ET AL. C. A. 4th Cir. Certiorari denied. Robert M. Harcourt and Philip J. Hirschkop for petitioner. Solicitor General Griswold, Assistant Attorney General Weisl, John C. Eldridge, and Walter H. Fleischer for respondents.

No. 707. BROTHERHOOD OF LOCOMOTIVE FIREMEN & ENGINEMEN ET AL. v. CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC RAILROAD Co. C. A. 7th Cir. Certiorari denied. Alex Elson, Harold C. Heiss, Willard J. Lassers, and Aaron S. Wolff for petitioners. James P. Reedy for respondent.

No. 710. BLACKBURN v. UNITED STATES; and
No. 723. CALL v. UNITED STATES. C. A. 4th Cir. Certiorari denied. Larry S. Moore and Julius A. Rousseau, Jr., for petitioner in No. 710, and Franklin Smith for petitioner in No. 723. Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg, and Paul C. Summitt for the United States in both cases.

No. 714. ESTATE OF TALBOTT (CARVER, EXECUTOR) v. COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. Walter E. Barton for petitioner. Solicitor General Griswold, Assistant Attorney General Rogovin, and Harry Baum for respondent.

No. 725. PATRIARCA ET AL. v. UNITED STATES. C. A. 1st Cir. Certiorari denied. Francis J. DiMento for petitioner Patriarca and Ronald J. Chisholm for petitioner Cassesso. Solicitor General Griswold, Assistant Attorney General Vinson, and Beatrice Rosenberg for the United States.